**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **NORMAN PATRICK DANIELS, JR.,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2505-G** |
| | ) | |
| **JUSTIN FARRIS, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**REPORT AND RECOMMENDATION**

Petitioner Norman Patrick Daniels, Jr., a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. Doc. 1. United States District Judge Charles B. Goodwin referred this matter to the undersigned Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1)(B)-(C). At issue is Petitioner's Application for Leave to Proceed in Forma Pauperis ("Application"). Doc. 2. The undersigned recommends that the Court deny the Application.

## I. Analysis

Petitioner's Application includes a statement from an authorized prison official that Petitioner had $203.10 in his institutional accounts as of August 28, 2026. Doc. 2 at 3. The financial documents attached to the Application also show an "account balance" of $203.10 in his institutional accounts as of August 27, 2026.[1] Doc. 2-1 at 2. Considering that balance, the undersigned finds Petitioner is financially able to prepay the $5.00 filing

---

[1] Under Oklahoma law, funds in a prisoner's mandatory savings account may be used to pay the costs of federal filing fees. Okla. Stat. tit. 57, § 549(A)(5); *Todd v. Att'y Gen. of Okla.*, 377 F. App'x 832, 834 (10th Cir. 2010).

fee for this proceeding. Because Petitioner has not shown that he qualifies for authorization to proceed without prepayment of the filing fee, his Application should be denied. *See Lister v. Dep't of the Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005) (noting that "to succeed on a motion to proceed [in forma pauperis], the movant must show a financial inability to pay the required filing fees"); 28 U.S.C. § 1915(a)(1).

## II. Recommendation and Notice of Right to Object

For the foregoing reasons, the undersigned recommends that the Court **DENY** Petitioner's Application, Doc. 2. The undersigned further recommends that the Court dismiss this action without prejudice to refiling unless Petitioner pays the full filing fee of $5.00 within 21 days of any order adopting this Report and Recommendation. *See* LCvR3.3(e).

Petitioner is advised of his right to object to this Report and Recommendation. *See* 28 U.S.C. § 636. Any objection must be filed with the Clerk of the Court not later than October 7, 2026. *See id.* § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Failure to object timely waives the right to appellate review of the factual and legal issues addressed in this Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in this matter.

**ENTERED** this 16th day of September, 2026.

Chris M. Stephens

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE