**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **NORMAN PATRICK DANIELS JR.,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2505-G** |
| | ) | |
| **JUSTIN FARRIS,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

This matter is before the Court for review of the Report and Recommendation (Doc. No. 5) issued on September 16, 2026, by Magistrate Judge Chris M. Stephens. Judge Stephens recommended that Petitioner Norman Patrick Daniels Jr.'s request for leave to proceed *in forma pauperis* be denied based upon Petitioner's ability to pay the required filing fee.

Within the time allowed for objection, Petitioner submitted the requisite $5.00 filing fee to the Court Clerk. *See* Doc. No. 6.

In light of Petitioner's submission of the required fee, the Court DENIES Petitioner's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2). The Court ADOPTS the reasoning of the Report and Recommendation (Doc. No. 5).

This matter is re-referred to Judge Stephens in accordance with the initial order of referral.

IT IS SO ORDERED this 29th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge